*Exhibit A*

US00D931899S

(12) **United States Design Patent** (10) Patent No.: **US D931,899 S**
Grecia (45) **Date of Patent:** ⁎⁎ **Sep. 28, 2021**

(54) **DISPLAY SCREEN PORTION WITH ANIMATED GRAPHICAL USER INTERFACE**

(71) Applicant: **William Grecia**, Downingtown, PA (US)

(72) Inventor: **William Grecia**, Downingtown, PA (US)

(73) Assignee: **ETLA, LLC**, Downingtown, PA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/749,134**

(22) Filed: **Sep. 3, 2020**

(51) **LOC (13) Cl.** ............................................. **14-04**
(52) **U.S. Cl.**
USPC ........................................ **D14/490**; D14/492
(58) **Field of Classification Search**
USPC ..... 345/1.1, 1.2, 2.1–2.3, 3.1, 902; 715/763, 715/810, 836, 837, 846, 847, 977; D14/485–495
CPC ......... B60K 37/00; G06F 3/048–04897; G06F 3/013; G06F 3/017; G06F 3/165; G06F 3/197; G06F 17/212; G06T 13/80; G06T 15/02; G06Q 10/10; H04M 1/0277; H04M 1/0202; H04M 1/02; H04M 1/6075; H04M 3/567; H04M 1/2477; H04M 1/26; H04M 1/274582; H04L 12/581; H04L 12/813; H04L 12/1813; H04N 7/16
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D590,412 S | | 4/2009 | Saft |
| D600,718 S | | 9/2009 | LaManna |
| D604,308 S | * | 11/2009 | Takano .................. D14/486 |
| 8,403,215 B2 | | 3/2013 | Aihara |
| D690,311 S | * | 9/2013 | Waldman ................. D14/485 |
| D697,074 S | * | 1/2014 | Waldman ................. D14/485 |
| D702,723 S | | 4/2014 | Abratowski |
| 8,720,771 B2 | | 5/2014 | MacKinnon |
| D711,911 S | | 8/2014 | Karunamuni |

(Continued)

OTHER PUBLICATIONS

Author: Denso Wave, Article: https://www.denso-wave.com/en/adcd/fundamental/2dcode/qrc/index.html.

(Continued)

*Primary Examiner* — Cary M Robinson

(57) **CLAIM**

The ornamental design for a display screen portion with animated graphical user interface, as shown and described.

**DESCRIPTION**

FIG. **1** is a front view of a first image of a first embodiment of a display screen portion with animated graphical user interface showing my new design;
FIG. **2** is a front view of a second image thereof;
FIG. **3** is a front view of a first image of a second embodiment of a display screen portion with animated graphical user interface showing my new design;
FIG. **4** is a front view of a second image thereof; and,
FIG. **5** is a front view of a third image thereof.
In the first embodiment, the appearance of the transitional image sequentially transitions between the images shown in FIGS. **1** through **2**. In the second embodiment, the appearance of the transitional image sequentially transitions between the images shown in FIGS. **3** through **5**. The process or period in which one image transitions to another image forms no part of the claimed design.
The broken line showing of a portion of a display screen and a computer device in FIGS. **1** through **5** forms no part of the claimed design. The broken line showing of text and portions of the graphical user interface in FIGS. **1** through **5** represents environmental subject matter and forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D712,430 S | 9/2014 | Jang |
| 8,922,721 B2 | 12/2014 | Jung |
| D741,361 S | 10/2015 | Cornish |
| D743,976 S | 11/2015 | Wilberding |
| D744,501 S | 12/2015 | Wilberding |
| 9,225,822 B2 | 12/2015 | Davis |
| D754,685 S | 4/2016 | Carlton |
| D757,094 S | 5/2016 | Xiang |
| D758,421 S | 6/2016 | Liu |
| D762,711 S | 8/2016 | Zhang |
| D766,294 S | 9/2016 | Smith |
| D766,954 S | 9/2016 | Smith |
| D769,283 S | 10/2016 | Smith |
| D769,284 S | 10/2016 | Wiesner |
| D769,296 S | 10/2016 | Grecia |
| D784,359 S | 4/2017 | Boot |
| D785,003 S | 4/2017 | Yun |
| D790,579 S | 6/2017 | Hays |
| D792,890 S * | 7/2017 | Cruttenden .................. D14/485 |
| D797,795 S * | 9/2017 | Park ............................ D14/489 |
| D803,258 S | 11/2017 | Graham |
| D806,736 S | 1/2018 | Chung |
| D807,902 S | 1/2018 | Cong |
| D808,425 S * | 1/2018 | Park ............................ D14/492 |
| D808,426 S * | 1/2018 | Park ............................ D14/492 |
| D819,669 S | 6/2018 | Bronner |
| D826,955 S | 8/2018 | Grecia |
| 10,049,376 B1 | 8/2018 | Joglekar |
| D829,765 S * | 10/2018 | Crawford ..................... D14/490 |
| D837,805 S * | 1/2019 | Kwak .......................... D14/485 |
| D853,405 S * | 7/2019 | Park ............................ D14/485 |
| D857,054 S | 8/2019 | Grecia |
| D857,712 S | 8/2019 | Grecia |
| D918,934 S * | 5/2021 | Anderson .................... D14/485 |
| D920,342 S * | 5/2021 | Unger .......................... D14/485 |
| D921,669 S * | 6/2021 | Carrigan ...................... D14/486 |
| D922,430 S * | 6/2021 | Kataoka ....................... D14/491 |
| D926,218 S * | 7/2021 | Moreira ....................... D14/488 |
| 2009/0018909 A1* | 1/2009 | Grecia .................. G06Q 30/02 705/14.1 |
| 2010/0010906 A1* | 1/2010 | Grecia ................ G06Q 20/405 705/21 |
| 2010/0060586 A1* | 3/2010 | Pisula ................. G06F 3/04886 345/169 |
| 2011/0309138 A1* | 12/2011 | Wu ....................... G06K 7/1452 235/375 |
| 2012/0004968 A1 | 1/2012 | Satyavolu |
| 2012/0150747 A1 | 6/2012 | Carey |
| 2012/0276880 A1 | 11/2012 | Angorn |
| 2013/0262687 A1 | 10/2013 | Avery |
| 2014/0071045 A1 | 3/2014 | Muchnick |
| 2014/0073277 A1 | 3/2014 | Iyer |
| 2014/0074704 A1 | 3/2014 | White |
| 2014/0162595 A1 | 6/2014 | Raleigh |
| 2014/0247278 A1 | 9/2014 | Samara |
| 2014/0249901 A1 | 9/2014 | Qawami |
| 2014/0310612 A1 | 10/2014 | Lu |
| 2014/0337175 A1 | 11/2014 | Katzin |
| 2014/0351033 A1 | 11/2014 | Azevedo |
| 2015/0009152 A1 | 1/2015 | Tang |
| 2015/0012426 A1 | 1/2015 | Purves |
| 2015/0146925 A1 | 5/2015 | Son |
| 2015/0235202 A1 | 8/2015 | Zabala |
| 2015/0248669 A1 | 9/2015 | Kornman |
| 2015/0271164 A1 | 9/2015 | Hamid |
| 2015/0317060 A1 | 11/2015 | Debets |
| 2016/0063435 A1 | 3/2016 | Shah |
| 2016/0098616 A1 | 4/2016 | Miller |
| 2016/0174025 A1 | 6/2016 | Chaudhri |
| 2016/0240037 A1* | 8/2016 | Robbins .............. G07F 17/3225 |
| 2016/0359987 A1 | 12/2016 | Laliberte |
| 2017/0111523 A1* | 4/2017 | Ackley .............. H04N 1/00029 |
| 2017/0365030 A1* | 12/2017 | Shoham ................. G06Q 10/02 |

OTHER PUBLICATIONS

Author: Early Warning Services, Webpage: https://www.zellepay.com/go/zelle.

Author: Early Warning Services, Webpage: https://apps.apple.com/us/app/zelle/id1260755201?ls=1.

Author: Early Warning Services, Webpage: https://play.google.com/store/apps/details?id=com.zellepay.zelle.

Author: Wikipedia, Webpage: https://en.wikipedia.org/wiki/Barcode.

* cited by examiner

FIGURE 1



**FIGURE 2**



**FIGURE 3**



FIGURE 4

$0.00

CANCEL

FIGURE 5