IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ETLA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PAYPAL, INC.,<br><br>    Defendant. | Civil Action No.:  6:21-cv-01005-ADA<br><br>JURY TRIAL DEMANDED |

ORDER DENYING
DEFENDANT PAYPAL'S MOTION FOR A PRE-FILING INJUNCTION

Came on for consideration Defendant PayPal, Inc.'s Motion for a Pre-Filing Injunction against William Grecia and Related Entities. ECF No. 11. Having considered the briefing, the Court held a hearing on March 21, 2022. In that hearing, and for reasons stated on the record, the Court DENIED Defendant PayPal, Inc.'s requested relief. Insufficient evidence exists on the record to warrant the relief requested by Defendant. As noted by the Court, other sanctions are available that should precede entry of an pre-filing injunction. Accordingly, Defendant PayPal, Inc.'s Motion (ECF No. 11) is **DENIED**.

SIGNED this 22nd day of March, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE